PIERE CHOUTEAU
v.
BAPTISTE.

SAME
v.
JULIA.

SAME
v.
MARGUERITE.

Affirmed.

SAME
v.
CATECHE ALIAS CATHARINE.

SAME
v.
HELENE.

Opinion, delivered by McGIRK, Judge.

In this case, and in the cases of Chouteau vs. Baptiste, Chouteau vs. Julia, Chouteau vs. Cateche alias Catharine, Chouteau vs. Helene, we are of opinion they are all to be governed by the case of Margurite and Chouteau, decided by this court heretofore, and the judgment in each case is affirmed accordingly.

TOMPKINS, Judge. I concur in the above opinion.